## Phil Goldstein

**From:** Phil Goldstein
**Sent:** Thursday, September 28, 2023 4:14 PM
**To:** Fleming, Thomas J.; Stone, Daniel M.; Glenn Ostrager; pdw@paulwexlerlaw.com
**Subject:** FW: Pre se amicus brief for Packer v. Raging Capital
**Attachments:** 2023-9-26 Raging Capital Amicus Brief.pdf; 2023-9-26 Raging Capital Motion for Leave.pdf

Gentlemen,

Please note that I submitted the attached amicus brief and motion today for docketing via email.

Phillip Goldstein
Bulldog Investors
(914) 747-5262
Cell (914) 260-8248

---

**From:** Phil Goldstein
**Sent:** Thursday, September 28, 2023 1:15 PM
**To:** prosecases@ca2.uscourts.gov
**Subject:** Pre se amicus brief for Packer v. Raging Capital

Hello,

I am attaching a pro se amicus brief and a motion for leave to file it. Please let me know if there are any questions or deficiencies.

Thank you very much.

Phillip Goldstein
Bulldog Investors
(914) 747-5262
Cell (914) 260-8248